■ In the Matter of DONNAVAN R., an Infant. JOHANNE A., Also Known as MORGAN R., Appellant; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent. [801 NYS2d 530]—Order, Family Court, New York County (Jody Adams, J.), entered on or about May 21, 2004,

which denied respondent-appellant's motion, pursuant to 22 NYCRR 130-1.1, for an award of attorneys' fees and costs purportedly incurred by her in opposing a petition filed against her by the Administration for Children's Services (ACS), unanimously affirmed, without costs.

The court properly denied appellant's application since there is no basis in the record to conclude that ACS engaged in frivolous conduct (*see Reel v College of New Rochelle*, 8 AD3d 208 [2004]). Concur—Mazzarelli, J.P., Saxe, Sweeny, Catterson and Malone, JJ.